IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 5952 |
| KARL W. BEIERMEISTER, an individual, d/b/a MAJOR HEATING AND AIR CONDITIONING, MAJOR HEATING & COOLING AND CFM OF ILLINOIS, | ) ) ) ) ) | JUDGE MATTHEW F. KENNELLY |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 18, 2008, request this Court enter judgment against Defendant, KARL W. BEIERMEISTER, an individual, d/b/a MAJOR HEATING AND AIR CONDITIONING, MAJOR HEATING & COOLING AND CFM OF ILLINOIS. In support of that Motion, Plaintiffs state:

1. On December 18, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for August 2008 through November 2008 within 14 days of the entry of said Order. The Court retained jurisdiction to enter judgment after Defendant submitted the required contribution reports.

2. On January 5, 2009, Defendant submitted its monthly fringe benefit contribution reports for August 2008 through November 2008. The reports show that the Defendant is delinquent in contributions to the Funds in the amounts set forth below:

|                          | Contributions |
|--------------------------|---------------|
| Welfare Fund             | $5,661.23     |
| Pension Fund             | $3,361.60     |
| Supplemental Retirement  | $3,628.99     |
| Educational Fund         | $ 519.52      |
| Industry Fund            | $ 160.43      |
| Savings Fund             | $ 611.20      |
| Dues                     | $  30.56      |

(See Affidavit of Scott P. Wille).

    3.      Additionally, the following amounts are due for liquidated damages:

|                          | Liquidated Damages |
|--------------------------|--------------------|
| Welfare Fund             | $566.12            |
| Pension Fund             | $336.16            |
| Supplemental Retirement  | $362.90            |
| Educational Fund         | $ 51.95            |
| Industry Fund            | $ 16.04            |
| Savings Fund             | $ 61.12            |
| Dues                     | $  —               |

(Wille Aff. Par. 4).

    4.      In addition, Plaintiffs' firm has expended the amount of $435.00 for costs and $871.25 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

    5.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $16,674.07.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $16,674.07.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Major Heating and Air\motion-judgment.bpa.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of January 2009:

                      Mr. Karl W. Beiermeister
                      Major Heating and Air Conditioning
                      26W436 MacArthur Avenue
                      Carol Stream, IL  60188

                      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Major Heating and Air\motion-judgment.bpa.df.wpd